UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PENNY MAC LOAN SERVICES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL TITLE INSURANCE OF NEW YORK, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00452-CDS-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant's certificate of interested parties fails to identify any party or entity's citizenship attributed to it. *See* Docket No. 2.

Accordingly, Defendant must file an amended certificate of interested parties by April 5, 2023, fully identifying the citizenship of any party or entity attributed to Defendant.

IT IS SO ORDERED.

Dated: March 29, 2023

                                               Nancy J. Koppe
                                               United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.