Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
Samantha J. Aceves, NV Bar No. 16042
  *saceves@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
NATIONAL TITLE INSURANCE OF NEW YORK, INC.,
erroneously sued as NATIONAL TITLE INSURANCE
COMPANY OF NEW YORK, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, | Case No.: 2:23-CV-00452-CDS-NJK |
| Plaintiff, | **ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| NATIONAL TITLE INSURANCE OF NEW YORK, INC., erroneously sued as NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, INC. | **FIRST REQUEST** |
| Defendant. | |

COMES NOW defendant National Title Insurance of New York, Inc., erroneously sued as National Title Insurance Company of New York, Inc. ("National Title") and plaintiff Pennymac

Loan Services, LLC ("Pennymac"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On March 8, 2023, Pennymac filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On March 28, 2023, National Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. National Title's response to Pennymac's complaint is currently due on April 10, 2023;

4. Counsel for National Title requests a 30-day extension to respond to Pennymac's complaint, through and including May 10, 2023, to afford National Title's counsel additional time to review and respond to the allegations contained in Pennymac's complaint.

5. Counsel for Pennymac does not oppose the requested extension;

6. This is the first request for an extension made by counsel for National Title, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of National Title's objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED** that National Title's deadline to respond to the complaint is hereby extended through and including May 10, 2023.

Dated: April 6, 2023                               SINCLAIR BRAUN KARGHER LLP


By: /s/-Kevin S. Sinclair
KEVIN S. SINCLAIR
Attorneys for Defendants
NATIONAL TITLE INSURANCE OF NEW YORK, INC, erroneously sued as NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, INC.

Dated: April 6, 2023                               AKERMAN LLP


By: /s/-Ariel E. Stern
ARIEL E. STERN
Attorneys for Plaintiff
PENNYMAC LOAN SERVICES, LLC

**IT IS SO ORDERED.**

Dated this 7th day of April, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE