ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  nicholas.belay@akerman.com

*Attorneys for Pennymac Loan Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC,<br><br>Plaintiffs<br><br>v.<br><br>NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, INC.; DOES I THROUGH X AND ROE CORPORATIONS I THROUGH,<br><br>Defendants | Case No. 2:23-cv-00452-CDS-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STAY CASE**<br><br>**(FIRST REQUEST)** |

Pennymac Loan Services, LLC and National Title Insurance Company of New York, Inc. hereby stipulate that Pennymac shall have an additional fourteen (14) days, up to and including **May 2, 2023**, to file its response to the motion to stay case, which is currently due on April 18, 2023, pursuant to ECF No. 8.  The motion was filed on April 4, 2023.

. . .

. . .

{69990615;1}

The parties enter into this stipulation to address current time and scheduling constraints on Pennymac's counsel. This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of April, 2023.

| **AKERMAN LLP** | **SINCLAIR BRAUN KARGHER LLP** |
|---|---|
| /s/ Nicholas E. Belay | /s/ Kevin S. Sinclair |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Pennymac Loan Services, LLC* | KEVIN S. SINCLAIR, ESQ.<br>Nevada Bar No. 12277<br>15260 Ventura Boulevard, Suite 715<br>Sherman Oaks, CA 91403<br><br>*Attorneys for National Title Insurance Company of New York, Inc.* |

**ORDER**

**IT IS SO ORDERED** that Pennymac shall have an additional fourteen (14) days, up to and including May 2, 2023, to file its response to the motion to stay case, which is granted nunc pro tunc to the date of the request.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 19, 2023

{69990615;1}

2