1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone: (702) 331-7593
   Facsimile: (702) 331-1652

6

7  Kevin S. Sinclair, NV Bar No. 12277
     *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN KARGHER LLP
8  15260 Ventura Blvd., Suite 715
   Sherman Oaks, California 91403
9  Telephone: (213) 429-6100
   Facsimile: (213) 429-6101

10

   Attorneys for Defendant
11  NATIONAL TITLE INSURANCE OF NEW YORK, INC.

12  DESIGNATED LOCAL COUNSEL FOR SERVICE OF
    PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

13

   Janet Trost, Esq.
14  501 S. Rancho Drive
   Suite H-56
15  Las Vegas, Nevada 89106

16                    **UNITED STATES DISTRICT COURT**

17                        **DISTRICT OF NEVADA**

18  PENNYMAC LOAN SERVICES, LLC,          Case No.: 2:23-cv-00452-CDS-NJK

19                  Plaintiff                **STIPULATION AND ORDER TO**
                                             **DISMISS ACTION WITH PREJUDICE**
20  vs.

21  NATIONAL TITLE INSURANCE OF NEW
    YORK, INC.,
22

23                  Defendant

24

25

26

27

28



---

1

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Pennymac Loan Services, LLC and defendant National Title Insurance of New York, Inc. stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party bearing its own fees and costs.

Dated: December 5, 2023          SINCLAIR BRAUN KARGHER LLP

By: ___/s/-Kevin S. Sinclair_____
KEVIN S. SINCLAIR
Attorneys for Defendant
NATIONAL TITLE INSURANCE OF NEW
YORK, INC.

Dated: December 5, 2023          AKERMAN LLP

By: ___/s/-Ariel Stern_____
ARIEL STERN
Attorneys for Plaintiff
PENNYMAC LOAN SERVICES, LLC

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: December 5, 2023



**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**